**Henry EKEH, Plaintiff—Appellant,**

v.

**UNITED STATES of America,
Defendant—Appellee.**

No. 04–56668.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 13, 2006.*

Filed Feb. 17, 2006.

Henry Ekeh, Eloy Dentention Center, Eloy, AZ, pro se.

David A. Kettel, Esq., USLA—Office of the U.S. Attorney Criminal Division, Los Angeles, CA, for Defendant–Appellee.

Before: FERNANDEZ, RYMER, and BYBEE, Circuit Judges.

MEMORANDUM **

Henry Ekeh appeals *pro se* from the district court's order denying his motion pursuant to Federal Rule of Criminal Procedure 41 for return of property seized pursuant to the execution of a search warrant in a criminal investigation. We have jurisdiction under 28 U.S.C. § 1291, and we affirm the district court.

Ekeh has not shown that the district court abused its discretion by granting the United States' ex parte application for additional time to file a response to his Rule 41 motion, by denying Ekeh's motion for summary judgment, or by failing to hold an evidentiary hearing. *See* Fed.R.Civ.P. 6(b)(2); *see also United States v. Koon*, 34 F.3d 1416, 1439 (9th Cir.1994), *rev'd in part on other grounds*, 518 U.S. 81, 116 S.Ct. 2035, 135 L.Ed.2d 392 (1996).

We also affirm the district court's denial of Ekeh's Rule 41 motion. *See United States v. Hickok*, 481 F.2d 377, 378 (9th Cir.1973) (internal citations and quotations omitted).

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

